NO. 07-07-0430-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 26, 2007
_____

BRANDON THRASHER, APPELLANT

V.

WEST TEXAS A&M UNIVERSITY, APPELLEE
_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 58201 B; HONORABLE JOHN BOARD, JUDGE
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Brandon Thrasher, filed a notice of appeal on September 26, 2007. However, Thrasher did not pay the filing fee required under Rule 5 of the Texas Rules of Appellate Procedure nor did he file an affidavit of indigence in conformity with Rule 20.1. Thrasher also failed to file a docketing statement as required by Rule 32.1. By letter from this Court dated October 18, 2007, we advised appellant the "filing fee in the amount of $175.00 has not been paid. Failure to pay the filing fee within ten (10) days from the date of this notice may result in dismissal." TEX. R. APP. P. 42.3(c). The letter also directed him

fo file a docketing statement within ten (10) days.  Appellant has not filed a docketing statement, paid the fee as directed or filed an affidavit of indigence.  Accordingly, we dismiss the appeal.  TEX. R. APP. P.  42.3(c).


Mackey K. Hancock
Justice